UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES J. MCNULTY,

Plaintiff

v.

GAP, INC.,

Defendant

Civil Action No. 05-11250 NMG

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE the Defendant, Gap, Inc., hereby serves notice of removal of the above-entitled action to this Court and makes the following showing in support of such removal:

### PLEADINGS AND PROCEEDINGS TO DATE

1. On or about May 19, 2005, an action was commenced in the Barnstable Division of the District Court Department of the Commonwealth of Massachusetts, entitled <u>James J. McNulty v. Gap, Inc.</u>, Civil Action No. 0525CV0455, by the filing of a Summons and Complaint, copies of which are attached hereto as <u>Exhibit A</u>.

2. The first date upon which the Defendant received a copy of said Complaint was May 26, 2005. The foregoing Summons and Complaint constitute all the process, pleadings, and orders received by the Defendant to date. No further proceedings have occurred in the state action.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship, all of the parties being of different states. In Paragraph

1 of Plaintiff's Complaint, Plaintiff states that he is a resident of the Commonwealth of Massachusetts. Gap, Inc. is a corporation incorporated in Delaware and with its principal place of business in California. Further, the sum allegedly in controversy exceeds the $75,000.00 jurisdictional prerequisite, exclusive of interest and costs.

4.  Accordingly, this action is removable to this Court under 28 U.S.C. § 1441.

5.  Defendant will notify the Barnstable Division of the District Court Department of the Commonwealth of Massachusetts and the Plaintiff of this Notice of Removal by filing with the court a Notice of Filing of Notice of Removal. A copy of that Notification, which will be sent to the Barnstable Division of the District Court Department of the Commonwealth of Massachusetts by first-class mail today, is attached hereto as Exhibit B.

WHEREFORE, Defendant prays that the above action pending against it in the Barnstable Division of the District Court Department of the Commonwealth of Massachusetts, Civil Action No. 0525CV0455, be removed therefrom to this Court.

Respectfully submitted,

GAP, INC.
By its attorneys,

*Joan Ackerstein* (signature)
Joan Ackerstein, BBO#348220
Amanda S. Rosenfeld, BBO#654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

June 15, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, a copy of the foregoing was served by first class mail on pro se Plaintiff James J. McNulty, 14 Wildwood Path, West Yarmouth, Massachusetts, 02673.

*Joan Ackerstein* (signature)
Jackson Lewis LLP

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __James J. McNulty v. Gap, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **05 11250 NMG**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Joan Ackerstein__
ADDRESS __Jackson Lewis LLP, 75 Park Plaza, Boston, MA  02116__
TELEPHONE NO. __617-367-0025__

(CategoryForm.wpd - 5/2/05)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James J. McNulty

**DEFENDANTS**
Gap, Inc.

(b) County of Residence of First Listed Plaintiff: **Barnstable**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-11250-NMG

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): Joan Ackerstein
Jackson Lewis LLP, 75 Park Plaza
Boston, MA 02116  617-367-0025

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause:
Disability discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: June 15, 2005
SIGNATURE OF ATTORNEY OF RECORD: *Joan Ackerstein*

**FOR OFFICE USE ONLY**
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

Uniform Form DCM-13
AR4-76

**Trial Court of the Commonwealth**
**District Courts of Massachusetts**

BARNSTABLE, ss.

323775

RECEIVED
MAY 26 2005
GENERAL COUNSEL

Civil Action No. 05-25CV0455

**SUMMONS**
(Rule 4)

To defendant: GAP, INC. (name) of 2 FOLSON ST. SAN FRANCISCO, CA 94105 (address)

You are hereby summoned and required to serve upon JAMES J. MCNULTY, PRO-SE plaintiff's attorney, whose address is 14 WILDWOOD PATH, WEST YARMOUTH, MA 02673 a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS JOSEPH J. REARDON, Presiding Justice, on 5-19-05 (date)

(SEAL)

_____
Clerk

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

**RETURN OF SERVICE**

On _____ (date of service), I served a copy of the within summons, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

_____
(signature)

_____
(name and title)

_____
(address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party of his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) Please plainly state when you make service on defendant in the box on the copy served on the defendant, on the original returned to the court and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.                    DISTRICT COURT DEPARTMENT
                                   CIVIL ACTION NO. 0525 CV 0455

*************************************
                                   *
JAMES J. MCNULTY,                  *
                 PLAINTIFF         *
                                   *
VS.                                *
                                   *
GAP, INC.,                         *
                 DEFENDANT         *
                                   *
*************************************

1. Plaintiff, James J. McNulty is a natural person residing at 14 Wildwood Path, West Yarmouth, Ma., Barnstable County, Massachusetts.

2. Defendant is a corporation doing business as Gap, Inc. at 2 Folsom Street, San Francisco, Ca. 94105.

3. On or about October 4, 2000, the plaintiff James J. McNulty returned to his employment as Associate Manager of the Gap stores in Hyannis, Ma.. After suffering a brain injury, with resulting seizure disorders, short term memory loss, severe headaches, balance and vision problems, and other brain injury \ seizure related disorders which escalated over the next two years as a result of emotional distress negligently inflicted by the defendant.

4. The defendant negligently and carelessly inflicted emotional distress so as to cause the plaintiff to become physically disabled.

5. As a direct and proximate result thereof, the plaintiff was prevented from carrying out the duties of his occupation to the best of his ability

6. Upon returning to work in 2000, the plaintiff was restricted to twenty hours per week by his neurosurgeon. The plaintiff worked two weeks at 20 hours and then was told by the General Manager that he could not afford to pay him his full salary and that he would have to work 40 hours regardless of the doctors return to work authorization.

7. The plaintiff was given no accommodations regarding his disability.

8. The defendant frequently joked to the other managers whether the plaintiff would remember what needed to be done.

9. When the new store was opening the plaintiff was required to work 60 hours.

10. In spite of the fact that the doctor insisted that he have at least 8 hours sleep, he was scheduled for 2 P.M. to 11 P.M. and on the following morning from 7A.M. to 4 P.M. which happened frequently.

11. The plaintiff was restricted from climbing and the defendant assigned him to climbing 7 ft. high rolling racks without ladders to dispose of fixtures on top shelves.

12. In the first review the plaintiff had received in the first three years, he was supposed to have had a review each year, he frequently referred to his disabilities and how his entire performance was affected by this.

13. The plaintiffs personal files were made known to the entire staff, resulting in loss of respect for the plaintiff.

14. The last review given to the plaintiff on May 20, 2002 resulted in an ultimatum that could result in a termination of employment which brought on a seizure in front of the defendant that turned into a grand mal seizure and he hit

his head repeatedly on the floor and was taken to the hospital without being able to speak or see. The plaintiff has been permanently disabled since.

WHEREFORE, the plaintiff demands judgment against the defendant in an amount which the Court would deem fair and reasonable.

A trial by jury is demanded upon all issues.

Respectfully submitted,

_[signature]_
Pro Se

Date: May 19, 2005



Information obtained is for Service of Process ONLY

Defendants  
Home Address  
2 Folsom ST  
San Francisco, CA 94105  
Work Address (If Known)  
2 Folsom ST  
San Francisco, CA 94105  
P.O. Box  
Best time to Serve  
Any other helpful information Description, Phone Numbers  
Make of Auto  

Plaintiff James J. McNulty  
Mailing Address 14 N. Kenwood PK  
Phone Number 1-508-790-9003

| STATEMENT OF DAMAGES<br>St. 1985, c. 358, § 5 | DATE FILED (to be done by Clerk)<br>5-19-05 | DOCKET NO. (to be done by Clerk)<br>0525 CV 0455 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| James J. McNulty | GAP, INC. |

INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BARNSTABLE, BERKSHIRE, BRISTOL, DUKES, ESSEX, FRANKLIN, HAMPDEN, HAMPSHIRE, MIDDLESEX, NANTUCKET AND NORFOLK COUNTIES.

BARNSTABLE DISTRICT COURT

| TORT CLAIMS | AMOUNT |
|---|---|
| Documented medical expenses to date: | |
| 1. Total hospital expenses: | $ APP-50,000.00 |
| 2. Total doctor expenses: | $ 5,000.00 APP. |
| 3. Total chiropractic expenses: | $ N/A |
| 4. Total physical therapy expenses: | $ N/A |
| 5. Total other expenses (Describe): | $ UNK |
| SUBTOTAL: | $ 55,000.00 |
| 1. Documented lost wages and compensation to date: | $ 116,000.00 |
| 2. Documented property damages to date: | $ N/A |
| 3. Reasonably anticipated future medical and hospital expenses: | $ UNK |
| 4. Reasonably anticipated lost wages: | $ UNK |
| 5. Other documented items of damage (Describe): PAIN + SUFFERING | $ 3-Million |

6. Brief description of Plaintiff's injury, including nature and extent of injury (Describe):

BRAIN INJURY - SEIZURE DISORDERS - SEVERE HEADACHES - BALANCE + VISION PROBLEMS - SHORT TERM MEMORY LOSS - BLEEDING FROM BRAIN

For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: $3,171,000.00

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
| | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ |

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):

Signature: [signed] PRO-SE   Date: 5-19-05
James J. McNulty
Print or Type Name
14 Wildwood Path
Address

DEFENDANT'S NAME AND ADDRESS:
GAP
GAP, INC
2 Folsom St.
San Francisco CA. 94105

RECEIVED TIME JUN. 6. 3:17PM

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.          DISTRICT COURT DEPARTMENT

| | |
|---|---|
| JAMES J. MCNULTY,<br><br>    Plaintiff<br><br>v.<br><br>GAP, INC.,<br><br>    Defendant | Civil Action No. 0525CV0455 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:     Civil Clerk's Office
         Barnstable Division of the District Court Department
         Courthouse, Main Street, Route 6A
         P.O. Box 427
         Barnstable, MA 02630

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Barnstable Division of the District Court Department has been duly filed in the U.S. District Court for the District of Massachusetts. Attached hereto is a copy of that Notice of Removal.

                                         Respectfully submitted,

                                         GAP, INC.
                                         By its attorneys,

                                         _____
                                         Joan Ackerstein, BBO#348220
                                         Amanda S. Rosenfeld, BBO#654101
                                         Jackson Lewis LLP
                                         75 Park Plaza
                                         Boston, MA 02116
June __, 2005                            (617) 367-0025

## CERTIFICATE OF SERVICE

I hereby certify that on June__, 2005, a copy of the foregoing was served by first class mail on pro se Plaintiff James J. McNulty, 14 Wildwood Path, West Yarmouth, Massachusetts, 02673.

_____

Jackson Lewis LLP