UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. MCNULTY,<br><br>　　　Plaintiff<br><br>v.<br><br>GAP, INC.,<br><br>　　　Defendant | Civil Action No. 05-11250-NMG |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Gap, Inc. submits the following disclosure statement by stating that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GAP, INC.
　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　/s/ Joan Ackerstein
　　　　　　　　　　　　　　　　　　Joan Ackerstein, BBO#348220
　　　　　　　　　　　　　　　　　　Amanda S. Rosenfeld, BBO#654101
　　　　　　　　　　　　　　　　　　Jackson Lewis LLP
　　　　　　　　　　　　　　　　　　75 Park Plaza
　　　　　　　　　　　　　　　　　　Boston, MA 02116
Dated:  June 21, 2005　　　　　　　　(617) 367-0025