UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. MCNULTY,<br><br>    Plaintiff<br><br>v.<br><br>GAP INC.,<br><br>    Defendant | Civil Action No. 05-11250-NMG |

**NOTIFICATION OF SERVICE ON PLAINTIFF**

Defendant, Gap Inc. ("Gap"), hereby certifies that it served the following documents by first class mail, postage prepaid, on Plaintiff, James J. McNulty, at 14 Wildwood Path, West Yarmouth, MA 02678, on the dates indicated below, including Defendant's Motion To Dismiss Plaintiff's Complaint, the supporting memorandum and the accompanying Declaration, as evidenced by the letter attached as Exhibit A:

1. Notice of Removal, and accompanying documents;                                              6/15/05

2. Motion to Extend the Deadline for Defendant's Response to Plaintiff's Complaint;            6/21/05

3. Defendant's Corporate Disclosure Statement;                                                 6/21/05

4. Certified Copy of Barnstable District Court;                                                6/23/05

5. Defendant's Motion To Dismiss Plaintiff's Complainant Pursuant To Fed. R. Civ. P. 12(b)(6); 7/21/05

6. Defendant's Memorandum in Support of Its Motion To Dismiss Plaintiff's Complainant Pursuant to Fed. R. Civ. P. 12(b)(6); and   7/21/05

| | | |
|---|---|---|
| 7. | Declaration of Dephne Broadnax in Support of Defendant's Motion To Dismiss. | 7/21/05 |

Respectfully submitted,

GAP INC.
By its attorneys,

/s/ Joan Ackerstein
Joan Ackerstein, BBO#348220
Amanda S. Rosenfeld, BBO#654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Dated: October 12, 2005                (617) 367-0025

## CERTIFICAT OF SERVICE

This is to certify that on this 12th day of October, 2005, I caused the foregoing document to be served by first class mail, postage prepaid, on *pro se* Plaintiff, James J. McNulty, 14 Wildwood Path, West Yarmouth, MA 02678.

/s/ Joan Ackerstein
Jackson Lewis LLP

H:\AckerstJ\Gap\McNulty\Pleadings\Notification of service.doc

# EXHIBIT A

# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

July 21, 2005

James J. McNulty
14 Wildwood Path
West Yarmouth, MA 02678

Re:   *McNulty v. Gap, Inc.*
      Civil Action No. 0525CV0455

Dear Mr. McNulty:

Enclosed please find the following documents, which were electronically filed with the Court today, as well as their corresponding Notices of Electronic Filing:

1. Defendant's Motion To Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2. Defendant's Memorandum in Support of Its Motion To Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and

3. Declaration of Daphne Broadnax in Support of Defendant's Motion To Dismiss.

Thank you.

Very truly yours,

JACKSON LEWIS LLP

*Amanda Rosenfeld*

Amanda S. Rosenfeld

ASR:cac
Enclosures
cc:   Joan Ackerstein