## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**James J. McNulty,**
        **Plaintiff**

   V.

**Gap, Inc.,**
        **Defendant**

**CIVIL ACTION**

**NO. 05-11250-NMG**

## ORDER OF DISMISSAL

  **Gorton, D. J.**

    In accordance with the Court's allowance of defendant's motion to dismiss [docket no. 5}, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                      By the Court,

**October 17, 2005**     /S/ Craig J. Nicewicz
    Date     **Deputy Clerk**